FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 12-13428 | J | Judge: | Robert H. Jacobvitz | Trustee Name: | MICHAEL J. CAPLAN - CHP 7 |
|---|---|---|---|---|---|---|
| Case Name: | US TITLE, LLC | | | | Date Filed (f) or Converted (c): | 09/13/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2012 |
| For Period Ending: | 01/29/2015 | | | | Claims Bar Date: | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE CONDO, 8300 CARMEL NE, STE. 303, ALBUQUERQUE, NM 8712 | 720,000.00 | 132,000.00 | | 726,132.31 | FA |
| 2. TRUST ACCOUNT - COMPASS BANK #XXXXXX4526 (FUNDS IN THIS ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 3. TRUST ACCOUNT - COMPASS BANK #XXXXXX5979 (FUNDS IN THIS ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 4. TRUST ACCOUNT - COMPASS BANK #XXXXXX4402 (PRIMARY TRUST ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 5. OPERATING ACCOUNT - WASHINGTON FEDERAL # XXXXXX4402 | 7,383.62 | 7,383.62 | | 7,299.56 | FA |
| 6. RECORDING ACCOUNT - WASHINGTON FEDERAL #XXXXXX4975 (BALANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. PREMIUM TRUST ACCOUNT - WASHINGTON FEDERAL #XXXXXX1915 (BALA | 0.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - SEE ATTACHED EX. C (COLLECTION DOUBTFU | Unknown | 0.00 | | 1,283.75 | FA |
| 9. DEPT. OF INSURANCE LICENSED TITLE INSURANCE AGENT #549709 | 0.00 | 0.00 | | 0.00 | FA |
| 10. FURNITURE, FIXTURES, EQUIPMENT, CARMEL OFFICE, SOLD WITH REA | 42,510.00 | 0.00 | | 0.00 | FA |
| 11. FURNITURE, FIXTURES AND EQUIPMENT IN SAN ANTONIO STORAGE UNI | 7,240.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $777,133.62 | $139,383.62 | | $734,715.62 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/16/13 Trustee has abandoned the assets in the debtor's storage shed on San Antonio; Trustee has hired a realtor to sell the business real property. Marketing is on going.
8/19/13 Trustee has received an offer to purchase the building. Trustee will file Motion to sell.
1/15/2014 Trustee has objected to two unliquidated claims and is awaiting their resolution.
6/17/2014 Trustee has objected to two unliquidated claims and is still awaiting their resolution.
1/27/2015 Trustee did not get any accounting information or prior tax returns from the debtor. The CPA is trying to determine how to file returns with no prior information.

Initial Projected Date of Final Report (TFR): 12/31/2014   Current Projected Date of Final Report (TFR): 12/31/2014

Trustee Signature:   /s/ MICHAEL J. CAPLAN - CHP 7   Date: 01/29/2015

MICHAEL J. CAPLAN - CHP 7
827 EAST SANTA FE AVENUE
GRANTS, NM  87020
(505) 287-8891

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-13428 | Trustee Name: MICHAEL J. CAPLAN - CHP 7 |
| Case Name: US TITLE, LLC | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX1143 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX5811 | Blanket Bond (per case limit): $8,500,000.00 |
| For Period Ending: 01/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/12 | 5 | Washington Federal<br>425 Pike St.<br>Seattle, WA 98101 | Funds from Debtor's Operating Account | 1129-000 | $7,299.56 | | $7,299.56 |
| 10/04/12 | 8 | Bank Of The West<br>6600 Central Ave. SW<br>Albuquerque, NM 87121 | Accounts Receivable | 1121-000 | $899.00 | | $8,198.56 |
| 10/04/12 | 8 | Bank Of Albuquerque<br>P.O. Box 26148<br>Albuquerque, NM 87125 | Accounts Receivable | 1121-000 | $144.00 | | $8,342.56 |
| 10/04/12 | 8 | Susan Little & Assoc<br>P.O. Box 3509<br>Albuquerque, NM 87190 | Accounts Receivable | 1121-000 | $240.75 | | $8,583.31 |
| 10/15/12 | 101 | INTERNATIONAL SURETIES, LTD<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Blanket Bond #016024923 | 2300-000 | | $10.48 | $8,572.83 |
| 10/17/12 | 102 | Penny Worth<br>8100 Wyoming Blvd., NE, M4-#217<br>Albuquerque, NM 87113 | Pursuant to Fed. R. Bankr. P. 2002(a)(6) and Local Rule 2015-1 | 2420-000 | | $4.55 | $8,568.28 |
| 11/06/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $4.76 | $8,563.52 |
| 11/07/12 | 103 | CNA Insurance<br>PO Box 790094<br>St. Louis, MO 63179-0094 | Pursuant to Fed. R. Bankr. P. 2002(a)(6) and Local Rule 2015-1 | 2420-000 | | $235.57 | $8,327.95 |
| 12/07/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $5.20 | $8,322.75 |
| 01/08/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $5.30 | $8,317.45 |
| 02/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $8,307.45 |
| 02/14/13 | 104 | PNM Public Service Company of NM<br>Dept 2135<br>1700 Lincoln St.<br>Lower Level 3<br>MAC C7300-L35<br>Denver, CO 80274 | Pursuant to Order #60 filed on 02/12/14 | 2420-000 | | $1,885.00 | $6,422.45 |
| 03/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $6,412.45 |

Page Subtotals $8,583.31 $2,170.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428  
Case Name: US TITLE, LLC  
Taxpayer ID No: XX-XXX5811  
For Period Ending: 01/29/2015  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1143  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $6,402.45 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,392.45 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,382.45 |
| 07/08/13 | | First National Bank - Vinita<br>102 W. Illinois Avenue<br>Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $10.00 | $6,372.45 |
| 08/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,362.45 |
| 08/30/13 | 105 | International Sureties, Ltd<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond #016024923 | 2300-000 | | $8.83 | $6,353.62 |
| 09/09/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,343.62 |
| 10/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,333.62 |
| 11/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,323.62 |
| 11/08/13 | | First American Title Insurance Co.<br>7517 Montgomery Blvd. NE Suite B<br>Albuquerque, NM 87109 | Sale of office condo per Order 9/19/13 #85 | | $57,463.76 | | $63,787.38 |
| | | | Gross Receipts $726,132.31 | | | | |
| | | CBRE, Inc. | Commission ($23,272.50) | 3510-000 | | | |
| | | Broadcast Realty | Commission ($15,515.00) | 3510-000 | | | |
| | | Bernalillo County Treasurer | County Taxes ($10,102.36) | 4700-000 | | | |

Page Subtotals $57,463.76 $88.83

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428  
Case Name: US TITLE, LLC  
Taxpayer ID No: XX-XXX5811  
For Period Ending: 01/29/2015  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1143  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Charles T. Hightower, Co-Trustee of Hightower Living Trust | Payoff ($603,500.00) | 4110-000 | | | |
| | | Closing Costs | Title/Escrow Charges ($16,278.69) | 2500-000 | | | |
| | 1 | | OFFICE CONDO, 8300 CARMEL NE, STE. 303, ALBUQUERQUE, NM 8712 $726,132.31 | 1110-000 | | | |
| 12/06/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.89 | $63,743.49 |
| 01/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.68 | $63,675.81 |
| 02/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.62 | $63,608.19 |
| 03/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.01 | $63,547.18 |
| 04/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.48 | $63,479.70 |
| 05/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.23 | $63,414.47 |
| 06/06/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.34 | $63,347.13 |
| 07/08/14 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $65.09 | $63,282.04 |
| 08/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.20 | $63,214.84 |
| 09/03/14 | 106 | International Sureties, Ltd 701 Poydras St. New Orleans, LA 70139 | 2014 Bond Payments | 2300-000 | | $69.21 | $63,145.63 |

Page Subtotals $0.00 $641.75

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-13428 | Trustee Name: | MICHAEL J. CAPLAN - CHP 7 |
|---|---|---|---|
| Case Name: | US TITLE, LLC | Bank Name: | First National Bank - Vinita |
| | | Account Number/CD#: | XXXXXX1143 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX5811 | Blanket Bond (per case limit): | $8,500,000.00 |
| For Period Ending: | 01/29/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.13 | $63,078.50 |
| 10/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.84 | $63,013.66 |
| 11/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.91 | $62,946.75 |
| 12/05/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.69 | $62,882.06 |
| 01/08/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.77 | $62,815.29 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $66,047.07 | $3,231.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $66,047.07 | $3,231.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $66,047.07 | $3,231.78 |

Page Subtotals $0.00 $330.34

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1143 - CHECKING ACCOUNT | $66,047.07 | $3,231.78 | $62,815.29 |
|  | $66,047.07 | $3,231.78 | $62,815.29 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $668,668.55 |
|---|---|
| Total Net Deposits: | $66,047.07 |
| Total Gross Receipts: | $734,715.62 |

Trustee Signature:   /s/ MICHAEL J. CAPLAN - CHP 7     Date: 01/29/2015

MICHAEL J. CAPLAN - CHP 7
827 EAST SANTA FE AVENUE
GRANTS, NM  87020
(505) 287-8891