```
                          United States Bankruptcy Court
                             District of New Mexico
In re:                                                        Case No. 12-13428-j
US Title, LLC                                                 Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 1084-1         User: jaya              Page 1 of 2         Date Rcvd: Aug 05, 2015
                             Form ID: pdfor1         Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          ##+Steven W. Johnson,   119 E. Marcy St. Ste 106,   Santa Fe, NM 87501-2092
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2015 at the address(es) listed below:
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Benjamin E. Thomas    on behalf of Creditor    First American Bank bet@sutinfirm.com,
               tls@sutinfirm.com;cmg@sutinfirm.com
              Charles R. Hughson    on behalf of Creditor    Zurich North America crhughso@rodey.com,
               jcmedfor@rodey.com
              Daniel Andrew White    on behalf of Trustee Judith A. Wagner dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;jortiz@askewmazelfirm.com;awalkowiak@askewmazelfirm.com;askewmazelign
               @gmail.com;pstice@askewmazelfirm.com
              Daniel J Behles    on behalf of Debtor    US Title, LLC dan@behles.com,
               dbehles@swcp.com;djbehles@gmail.com;mbglaw@swcp.com
              David G Reynolds    on behalf of Interested Party David W Green davereynoldslaw@gmail.com,
               WD5GKQ@aol.com
              Edward Alexander Mazel    on behalf of Other Professional Judith A. Wagner
               edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;jortiz@askewmazelfirm.com;pstice@askewmazelfirm.com;awalkowiak@askewmaz
               elfirm.com;askewmazelign@gmail.com;ericanunez@askewmazelfirm.com
              Edward Alexander Mazel    on behalf of Trustee Judith A. Wagner edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;jortiz@askewmazelfirm.com;pstice@askewmazelfirm.com;awalkowiak@askewmaz
               elfirm.com;askewmazelign@gmail.com;ericanunez@askewmazelfirm.com
              Faith Kalman Reyes    on behalf of Interested Party    Fidelity National Title Insurance Company,
                as successor-in-interest to Lawyers Title Insurance Corporation freyes@simonsfirm.com,
               sgarcia@simonsfirm.com;ggonzales@simonsfirm.com
              James A Askew    on behalf of Other Professional Judith A. Wagner jaskew@askewmazelfirm.com,
               askewmazelign@gmail.com;awalkowiak@askewmazelfirm.com;pstice@askewmazelfirm.com;ericanunez@askewm
               azelfirm.com
              James A Askew    on behalf of Trustee Judith A. Wagner jaskew@askewmazelfirm.com,
               askewmazelign@gmail.com;awalkowiak@askewmazelfirm.com;pstice@askewmazelfirm.com;ericanunez@askewm
               azelfirm.com
              Jenny Dumas    on behalf of Creditor    Middle Rio Grande Conservancy District bwiggins@wwwlaw.us,
               agarcia@wwwlaw.us;cgriego@wwwlaw.us
              Joseph Patrick Turk    on behalf of Creditor    Armstrong Properties, Inc. jturk@ylawfirm.com
              Mark Walsh Allen    on behalf of Trustee Judith A. Wagner mallen@thearlandlawfirm.com,
               bmartinez@thearlandlawfirm.com;jbeck@thearlandlawfirm.com
              Michael J Cadigan    on behalf of Creditor    SRE Trust cadigan@cadiganlaw.com,
               jacqueline@cadiganlaw.com;kristina@cadiganlaw.com;mark@cadiganlaw.com;susan@cadiganlaw.com
              Michael J Cadigan    on behalf of Interested Party Victor J. Rosenthal cadigan@cadiganlaw.com,
               jacqueline@cadiganlaw.com;kristina@cadiganlaw.com;mark@cadiganlaw.com;susan@cadiganlaw.com
              Michael J Caplan    on behalf of Trustee Michael J. Caplan michaelcaplanlaw@qwestoffice.net,
               tgarciacaplanlaw@qwestoffice.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael J. Caplan    on behalf of Trustee Michael J. Caplan michaelcaplanlaw@qwestoffice.net, cmart49@yahoo.com;mcaplan@ecf.epiqsystems.com
          Michael J. Caplan    on behalf of Accountant Steven W. Johnson michaelcaplanlaw@qwestoffice.net, cmart49@yahoo.com;mcaplan@ecf.epiqsystems.com
          Michael J. Caplan     michaelcaplanlaw@qwestoffice.net, cmart49@yahoo.com;mcaplan@ecf.epiqsystems.com
          Michael J. xCaplan    on behalf of Trustee Michael J. Caplan michaelcaplanlaw@qwestoffice.net, tgarciacaplanlaw@qwestoffice.net;mcaplan@ecf.epiqsystems.com
          Ronald  Andazola    on behalf of U.S. Trustee    United States Trustee ronald.andazola@usdoj.gov
          Spencer  Lewis Edelman    on behalf of Creditor    Charles T. Hightower as Co-Trustee of the Hightower Living Trust dated January 22, 1996 sle@modrall.com,  doloress@modrall.com
          Stephen Matthew Collins    on behalf of Interested Party    Fidelity National Title Insurance Company, as successor-in-interest to Lawyers Title Insurance Corporation matt.collins@fnf.com, FNLG-Court-Filings-AZ@fnf.com
          Stephen Matthew Collins    on behalf of Plaintiff    Fidelity National Title Insurance Company, as successor-in-interest to Lawyers Title Insurance Corporation matt.collins@fnf.com, FNLG-Court-Filings-AZ@fnf.com
          Theresa D. Baca Sandoval    on behalf of Creditor    Bernalillo County tstorey@bernco.gov
          Thomas A. Simons    on behalf of Interested Party    Fidelity National Title Insurance Company, as successor-in-interest to Lawyers Title Insurance Corporation tsimons@simonsfirm.com, sgarcia@simonsfirm.com;ggonzales@simonsfirm.com
          United States Trustee    ustpregion20.aq.ecf@usdoj.gov
          Walter L Reardon, Jr    on behalf of Creditor Walter L. Reardon, Jr. walter@reardonlawnm.com, ksmadison@reardonlawnm.com

                                                                                                   TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: U.S. TITLE, LLC, No. 12-13428-j7

Debtor.

## ORDER SETTING ASIDE COMPENSATION ORDER

By an order entered August 4, 2015, the Court allowed the compensation of Steven W. Johnson, a CPA for the bankruptcy estate (the "Compensation Order"). *See* Docket No. 163. The Chapter 7 Trustee prepared the Compensation Order. It has come to the attention of the Court that the Trustee served the Application for Compensation (Docket No. 162) on the wrong list of creditors rather than on the creditors associated with this case. The Court will therefore set aside the Compensation Order.

WHEREFORE, IT IS HEREBY ORDERED that the Compensation Order is set aside.

ORDERED FURTHER that if the Chapter 7 Trustee wishes to prosecute the Application for Compensation, he must serve notice of the application on all creditors associated with this bankruptcy case.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: August 5, 2015

COPY TO:

Michael J Caplan
827 E Santa Fe Ave
Grants, NM 87020-2458