UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
U.S. Title, LLC.
       Debtor.                                                  No.12-13428-j7

### SECOND AMENDED REPORT TO THE COURT OF SMALL DIVIDENDS FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY AS TO MIDDLE RIO GRANDE CONSERVANCY DISTRICT (MRGCD) ONLY, AMENDED REPORT PREVIOUSLY FILED ON MAY 10, 2016; DOC. NO. 178

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3010, I report to the Court that I will deposit the amount of $0.17 for Middle Rio Grande Conservance (MRGCD). This amount is to be added to the amount of $0.77 previously deposited in the Court registry for MRGCD on May 6, 2016. An Amended Report to Court of Small Funds to Be Deposited into the Court Registry was filed on May 10, 2016 showing Middle Rio Grande Conservancy (MRGCD) correct funds to be deposited in amount of $0.77 (making the total of both deposits $0.94). The amount of $0.17 is to be deposited with the Clerk of the Court for transmission to the United States Treasury. These monies represent small dividends. The entity and the amount which they are entitled to be paid is listed here:

        Middle Rio Grande Conservancy District (MRGCD)
        Attn: Jenny Dumas
        PO Box 1308
        Albuquerque, NM 87103-1308                $0.17
            Amended Report amount for MRGCD; Doc. No. 178   <u>$0.77</u>
                                                         Total:   $0.94

                                            <u>*Submitted electronically*</u>
                                            MICHAEL J. CAPLAN
                                            Bankruptcy Trustee in this case
                                            827 E. Santa Fe Avenue
                                            Grants, New Mexico 87020
                                            505) 287-8891

I hereby certify that I mailed a copy of this notice, via first class mail as noted by mailing address as set forth below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system this 7th day of November, 2016.

<u>*Submitted electronically*</u>
Michael J. Caplan

United States Trustee
[Ustpregion20.aq.ecf@usdoj.gov](mailto:Ustpregion20.aq.ecf@usdoj.gov)