UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
U.S. Title, LLC.
        Debtor.                                                  No.12-13428-j7

## REPORT TO THE COURT OF SMALL DIVIDENDS
## FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3010, I report to the Court that I will deposit the total sum of $5.28 with the Clerk of the Court for transmission to the United States Treasury. These monies represent small dividends. All known names and addresses of the entities and the amounts which they are entitled to be paid are listed here:

| | |
|---|---|
| Fedex Techconnect, Inc.<br>c/o Fed Ex Freight, Inc./Fed Ex Office &<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3Rd Floor<br>Memphis, TN 38116 | $1.64 |
| Demand Printing Solutions<br>3900 Rutledge Rd Ne<br>Albuquerque, Nm 87109 | $0.85 |
| Pension Planning Consultants<br>6201 Uptown Ne, Ste. 100<br>Albuquerque, Nm 87110 | <u>$2.79</u> |
| Total: | $5.28 |

    *Submitted electronically*
    MICHAEL J. CAPLAN
    Bankruptcy Trustee in this case
    827 E. Santa Fe Avenue
    Grants, New Mexico 87020
    505) 287-8891

I hereby certify that I mailed a copy of this notice, via first class mail as noted by mailing address as set forth below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system this 7th day of November, 2016.

*Submitted electronically*
Michael J. Caplan

United States Trustee
Ustpregion20.aq.ecf@usdoj.gov