# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  NEW MEXICO
### ALBUQUERQUE  DIVISION

In re: §
§
US TITLE, LLC § Case No. 12-13428
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL J. CAPLAN - CHP 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 49,750.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 647,965.23

Claims Discharged
Without Payment:  2,098,719.94

Total Expenses of Administration:  85,618.08

3) Total gross receipts of $ 733,583.31  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 733,583.31  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 588,000.00 | $ 608,197.48 | $ 608,197.48 | $ 606,714.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 83,482.48 | 85,618.08 | 85,618.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,371.85 | 32,104.94 | 33,131.95 | 30,293.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,722.32 | 1,455,195.11 | 1,455,195.11 | 10,957.18 |
| **TOTAL DISBURSEMENTS** | $ 653,094.17 | $ 2,178,980.01 | $ 2,182,142.62 | $ 733,583.31 |

4) This case was originally filed under chapter 7 on  09/13/2012 .  The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/07/2017                    By:/s/MICHAEL J. CAPLAN - CHP 7
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OFFICE CONDO, 8300 CARMEL NE, STE. 303, ALBUQUERQUE, NM 8712 | 1110-000 | 725,000.00 |
| ACCOUNTS RECEIVABLE - SEE ATTACHED EX. C (COLLECTION DOUBTFU | 1121-000 | 1,283.75 |
| OPERATING ACCOUNT - WASHINGTON FEDERAL # XXXXXX4402 | 1129-000 | 7,299.56 |
| **TOTAL GROSS RECEIPTS** | | **$ 733,583.31** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charles Hightower Co-Trustee | | | | | |
| | Hightower Living Trust 9208 | | | | | |
| | Pebble Beach NE | | | | | |
| | Albuquerque, NM 87111 | | 588,000.00 | NA | NA | 0.00 |
| 26 | Bernalillo County Treasurer | 4110-000 | NA | 1,483.34 | 1,483.34 | 0.00 |
| | Charles T. Hightower, Co- | | | | | |
| | Trustee of Hightower Living | | | | | |
| | Trust | 4110-000 | NA | 603,500.00 | 603,500.00 | 603,500.00 |
| | Bernalillo County Treasurer | 4700-000 | NA | 1,646.47 | 1,646.47 | 1,646.47 |
| | Bernalillo County Treasurer | 4800-000 | NA | 1,567.67 | 1,567.67 | 1,567.67 |
| TOTAL SECURED CLAIMS | | | $ 588,000.00 | $ 608,197.48 | $ 608,197.48 | $ 606,714.14 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL J. CAPLAN | 2100-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| MICHAEL J. CAPLAN | 2200-000 | NA | 712.58 | 712.58 | 712.58 |
| International Sureties, Ltd | 2300-000 | NA | 78.77 | 78.77 | 78.77 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 0.00 | 10.48 | 10.48 |
| CNA Insurance | 2420-000 | NA | 0.00 | 235.57 | 235.57 |
| Penny Worth | 2420-000 | NA | 0.00 | 4.55 | 4.55 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PNM Public Service Company of NM | 2420-000 | NA | 0.00 | 1,885.00 | 1,885.00 |
| Closing Costs | 2500-000 | NA | 16,278.69 | 16,278.69 | 16,278.69 |
| First National Bank - Vinita | 2600-000 | NA | 1,427.60 | 1,427.60 | 1,427.60 |
| First National Bank of Vinita | 2600-000 | NA | 45.26 | 45.26 | 45.26 |
| Bernalillo County Treasurer | 2820-000 | NA | 5,755.91 | 5,755.91 | 5,755.91 |
| MICHAEL J. CAPLAN | 3110-000 | NA | 7,265.70 | 7,265.70 | 7,265.70 |
| MICHAEL J. CAPLAN | 3320-000 | NA | 484.89 | 484.89 | 484.89 |
| Steven W. Johnson | 3410-000 | NA | 5,645.58 | 5,645.58 | 5,645.58 |
| Broadcast Realty | 3510-000 | NA | 15,515.00 | 15,515.00 | 15,515.00 |
| CBRE, Inc. | 3510-000 | NA | 23,272.50 | 23,272.50 | 23,272.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 83,482.48 | $ 85,618.08 | $ 85,618.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lydia Havens P.O. Box 221 Tome, NM 87060 | | 3,190.27 | NA | NA | 0.00 |
| | Lydia Havens P.O. Box 221 Tome, NM 87060 | | 0.00 | NA | NA | 0.00 |
| | Martha Roybal 2542 Harris Rd. SW Albuquerque, NM 87105 | | 0.00 | NA | NA | 0.00 |
| | Mary LoGuercio 595 West Ella Corrales, NM 87048 | | 5,032.28 | NA | NA | 0.00 |
| | Mary LoGuercio 595 West Ella Corrales, NM 87048 | | 0.00 | NA | NA | 0.00 |
| | Maura L. Dahrling 6516 Lowell St. NE Albuquerque, NM 87111 | | 0.00 | NA | NA | 0.00 |
| | Maura L. Dahrling 6516 Lowell St. NE Albuquerque, NM 87111 | | 5,256.66 | NA | NA | 0.00 |
| | NM Taxation & Revenue dept. P.O. Box 2527 Santa Fe, NM 87504-2527 | | 2,892.64 | NA | NA | 0.00 |
| 18 | Martha G. Roybal | 5300-000 | NA | 3,209.07 | 3,209.07 | 3,048.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Mary E. Loguercio | 5300-000 | NA | 11,163.82 | 11,163.82 | 10,605.63 |
| 23 | Maura L. Dahrling | 5300-000 | NA | 10,503.96 | 10,503.96 | 9,978.76 |
| 2 | Penelope A. Worth | 5300-000 | NA | 2,880.00 | 2,880.00 | 2,736.00 |
| 27 | Bernalillo County Treasurer | 5800-000 | NA | 1,450.20 | 1,450.20 | 0.00 |
| | Internal Revenue Service | 5800-000 | NA | NA | 1,027.01 | 1,027.01 |
| 7 | Nm Taxation & Revenue Dept. | 5800-000 | NA | 2,897.89 | 2,897.89 | 2,897.89 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 16,371.85 | $ 32,104.94 | $ 33,131.95 | $ 30,293.91 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albuq. Bern. Co. Water Utility P.O. Box 1313 Albuquerque, NM 87103-1313 | | 200.00 | NA | NA | 0.00 |
| | Bernalilo County Clerk P.O. Box 542 Albuquerque, NM 87103 | | 49.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Century 21 Camco Realty 8300 Carmel NE, Suite 302 Albuquerque, NM 87122 | | 575.00 | NA | NA | 0.00 |
| | Century Link P.O. Box 290040 Phoenix, AZ 85038-9040 | | 900.46 | NA | NA | 0.00 |
| | City of Albuquerque AR Division P.O. Box 17 Albuquerque, NM 87103-0017 | | 52.01 | NA | NA | 0.00 |
| | City of Albuquerque Treasury - Audit & Collection P.O. Box 17 Albuquerque, NM 87103-0017 | | 1,100.00 | NA | NA | 0.00 |
| | Comcast 9602 S. 300 W. Sandy, UT 84070-3340 | | 359.14 | NA | NA | 0.00 |
| | CONEXIS P.O. Box 6241 Orange, CA 92863-6241 | | 50.00 | NA | NA | 0.00 |
| | Cuba Credit Union 6347 US 550 Cuba, NM 87013 | | 646.88 | NA | NA | 0.00 |
| | Demand Printing Solutions Processing Center P.O. Box 380 West Hempstead, NY 11552-0380 | | 640.31 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dex Media East P.O. Box 78041 Phoenix, AZ 85062-8041 | | 127.22 | NA | NA | 0.00 |
| | Federal Express P.O. Box 94515 Palatine, IL 60094-4515 | | 1,231.68 | NA | NA | 0.00 |
| | Imaging Concepts of New Mexico 1551 Mercantile NE, Suite D Albuquerque, NM 87107 | | 2,580.37 | NA | NA | 0.00 |
| | Judith Wagner, Trustee c/o James Askew 201 Third St. NW, Suite 505 Albuquerque, NM 87102 | | 0.00 | NA | NA | 0.00 |
| | La Cueva Office Park c/o Maestas & Ward P.O. Box 91090 Albuquerque, NM 87199 | | 2,529.00 | NA | NA | 0.00 |
| | Land Records 6121 Indian School Rd. NE, #144 Albuquerque, NM 87110 | | 9,258.98 | NA | NA | 0.00 |
| | Lastrapes, Spangler & Pacheco, P.A. P.O. Box 15698 Rio Rancho, NM 87174 | | 1,392.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M.R.G.C.D. P.O. Box 581 Albuquerque, NM 87103 | | 125.00 | NA | NA | 0.00 |
| | NM College Access Network 414 Alvarado Square Albuquerque, NM 87158 | | 480.00 | NA | NA | 0.00 |
| | Patillo, Brown & Hill, LLP 4301 the 25th Way NE Albuquerque, NM 87109 | | 4,815.00 | NA | NA | 0.00 |
| | Pension Planning Consultants 6201 Uptown NE, Ste. 100 Albuquerque, NM 87110 | | 1,503.61 | NA | NA | 0.00 |
| | ReBoot IT Now, LLC P.O. Box 20313 Albuquerque, NM 87154 | | 7,062.00 | NA | NA | 0.00 |
| | Rocky Mountain Business Systems 3515 Wyoming Blvd. NE Albuquerque, NM 87111 | | 813.25 | NA | NA | 0.00 |
| | SAFEkeeping Records Mgmt., LLC P.O. Box 23006 Albuquerque, NM 87192 | | 883.64 | NA | NA | 0.00 |
| | Sandia Office Supply 3831 Singer Blvd. NE Albuquerque, NM 87109 | | 473.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandoval County Clerk P.O. Box 40 Bernalillo, NM 87004 | | 40.00 | NA | NA | 0.00 |
| | Second Jud. Dist. Ct. Fiscal Services Div. P.O. Box 488 Albuquerque, NM 87103 | | 7.70 | NA | NA | 0.00 |
| | Select Security Systems 13170 Central SE, Ste. B Albuquerque, NM 87123-5504 | | 53.39 | NA | NA | 0.00 |
| | Sharon McCollum, Inc. 9500 Tanoan Dr. Albuquerque, NM 87111 | | 6,213.00 | NA | NA | 0.00 |
| | TW Telecom P.O. Box 172567 Denver, CO 80217-2567 | | 3,963.27 | NA | NA | 0.00 |
| | Valencia County Clerk P.O. Box 9969 Los Lunas, NM 87031 | | 28.50 | NA | NA | 0.00 |
| | Walter L. Reardon, Jr., PA 3733 Eubank NE Albuquerque, NM 87111 | | 193.58 | NA | NA | 0.00 |
| | Will Jeffrey & Assoc. LLC 1109 Rhode Island NE Albuquerque, NM 87110 | | 374.50 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Armstrong Properties, Inc.,C/O Joseph Turk, Esq. | 7100-000 | NA | 100,000.00 | 100,000.00 | 752.97 |
| 16A | Canon Financial Services | 7100-000 | NA | 6,185.46 | 6,185.46 | 46.57 |
| 4 | Charles T. Hightower As Co-Trustee Of The Hightowe | 7100-000 | NA | 82,954.90 | 82,954.90 | 624.63 |
| 1 | Judith A. Wagner | 7100-000 | NA | 1,250,000.00 | 1,250,000.00 | 9,412.12 |
| 25 | Reboot It Now, Llc | 7100-000 | NA | 7,062.00 | 7,062.00 | 53.18 |
| 19 | Us Bank Na Dba Us Bank Equipment Finance | 7100-000 | NA | 4,906.31 | 4,906.31 | 36.95 |
| 14 | Demand Printing Solutions | 7100-001 | NA | 640.31 | 640.31 | 4.82 |
| 5 | Fedex Techconnect, Inc. | 7100-001 | NA | 1,231.68 | 1,231.68 | 9.27 |
| 6 | Middle Rio Grande Conservancy District | 7100-001 | NA | 125.00 | 125.00 | 0.94 |
| 17 | Pension Planning Consultants | 7100-001 | NA | 2,089.45 | 2,089.45 | 15.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,722.32 | $ 1,455,195.11 | $ 1,455,195.11 | $ 10,957.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 12-13428 | J | Judge: | Robert H. Jacobvitz | Trustee Name: | MICHAEL J. CAPLAN - CHP 7 |
|---|---|---|---|---|---|---|
| Case Name: | US TITLE, LLC | | | | Date Filed (f) or Converted (c): | 09/13/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2012 |
| For Period Ending: | 06/07/2017 | | | | Claims Bar Date: | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. OFFICE CONDO, 8300 CARMEL NE, STE. 303, ALBUQUERQUE, NM 8712 | 720,000.00 | 132,000.00 | | 725,000.00 | FA |
| 2. TRUST ACCOUNT - COMPASS BANK #XXXXXX4526 (FUNDS IN THIS ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 3. TRUST ACCOUNT - COMPASS BANK #XXXXXX5979 (FUNDS IN THIS ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 4. TRUST ACCOUNT - COMPASS BANK #XXXXXX4402 (PRIMARY TRUST ACCO | 0.00 | 0.00 | | 0.00 | FA |
| 5. OPERATING ACCOUNT - WASHINGTON FEDERAL # XXXXXX4402 | 7,383.62 | 7,383.62 | | 7,299.56 | FA |
| 6. RECORDING ACCOUNT - WASHINGTON FEDERAL #XXXXXX4975 (BALANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7. PREMIUM TRUST ACCOUNT - WASHINGTON FEDERAL #XXXXXX1915 (BALA | 0.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - SEE ATTACHED EX. C (COLLECTION DOUBTFU | Unknown | 0.00 | | 1,283.75 | FA |
| 9. DEPT. OF INSURANCE LICENSED TITLE INSURANCE AGENT #549709 | 0.00 | 0.00 | | 0.00 | FA |
| 10. FURNITURE, FIXTURES, EQUIPMENT, CARMEL OFFICE, SOLD WITH REA | 42,510.00 | 0.00 | | 0.00 | FA |
| 11. FURNITURE, FIXTURES AND EQUIPMENT IN SAN ANTONIO STORAGE UNI | 7,240.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $777,133.62 | $139,383.62 | | $733,583.31 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/16/13 Trustee has abandoned the assets in the debtor's storage shed on San Antonio; Trustee has hired a realtor to sell the business real property. Marketing is on going.
8/19/13 Trustee has received an offer to purchase the building. Trustee will file Motion to sell.
1/15/2014 Trustee has objected to two unliquidated claims and is awaiting their resolution.
6/17/2014 Trustee has objected to two unliquidated claims and is still awaiting their resolution.
1/27/2015 Trustee did not get any accounting information or prior tax returns from the debtor. The CPA is trying to determine how to file returns with no prior information.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/12 | 5 | Washington Federal<br>425 Pike St.<br>Seattle, WA 98101 | Funds from Debtor's Operating Account | 1129-000 | $7,299.56 | | $7,299.56 |
| 10/04/12 | 8 | Bank Of The West<br>6600 Central Ave. SW<br>Albuquerque, NM 87121 | Accounts Receivable | 1121-000 | $899.00 | | $8,198.56 |
| 10/04/12 | 8 | Bank Of Albuquerque<br>P.O. Box 26148<br>Albuquerque, NM 87125 | Accounts Receivable | 1121-000 | $144.00 | | $8,342.56 |
| 10/04/12 | 8 | Susan Little & Assoc<br>P.O. Box 3509<br>Albuquerque, NM 87190 | Accounts Receivable | 1121-000 | $240.75 | | $8,583.31 |
| 10/15/12 | 101 | INTERNATIONAL SURETIES, LTD<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | Blanket Bond #016024923 | 2300-000 | | $10.48 | $8,572.83 |
| 10/17/12 | 102 | Penny Worth<br>8100 Wyoming Blvd., NE, M4-#217<br>Albuquerque, NM 87113 | Pursuant to Fed. R. Bankr. P. 2002(a)(6) and Local Rule 2015-1 | 2420-000 | | $4.55 | $8,568.28 |
| 11/06/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $4.76 | $8,563.52 |
| 11/07/12 | 103 | CNA Insurance<br>PO Box 790094<br>St. Louis, MO 63179-0094 | Pursuant to Fed. R. Bankr. P. 2002(a)(6) and Local Rule 2015-1 | 2420-000 | | $235.57 | $8,327.95 |
| 12/07/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $5.20 | $8,322.75 |
| 01/08/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $5.30 | $8,317.45 |
| 02/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $8,307.45 |
| 02/14/13 | 104 | PNM Public Service Company of NM<br>Dept 2135<br>1700 Lincoln St.<br>Lower Level 3<br>MAC  C7300-L35<br>Denver, CO 80274 | Pursuant to Order #60 filed on 02/12/14 | 2420-000 | | $1,885.00 | $6,422.45 |
| 03/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $6,412.45 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

$2,170.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $6,402.45 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,392.45 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,382.45 |
| 07/08/13 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $10.00 | $6,372.45 |
| 08/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,362.45 |
| 08/30/13 | 105 | International Sureties, Ltd 701 Poydras St. New Orleans, LA 70139 | Bond #016024923 | 2300-000 | | $8.83 | $6,353.62 |
| 09/09/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,343.62 |
| 10/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,333.62 |
| 11/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,323.62 |
| 11/08/13 | | First American Title Insurance Co. 7517 Montgomery Blvd. NE Suite B Albuquerque, NM 87109 | Sale of office condo per Order 9/19/13 #85 | | $57,463.76 | | $63,787.38 |
| | | | Gross Receipts $725,000.00 | | | | |
| | | CBRE, Inc. | Commission ($23,272.50) | 3510-000 | | | |
| | | Broadcast Realty | Commission ($15,515.00) | 3510-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

$88.83

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Charles T. Hightower, Co-Trustee of Hightower Living Trust | Payoff | ($603,500.00) | 4110-000 | | | |
| | | Closing Costs | Title/Escrow Charges | ($16,278.69) | 2500-000 | | | |
| | | Bernalillo County Treasurer | Pre-Petition Real Property Taxes | ($1,646.47) | 4700-000 | | | |
| | | Bernalillo County Treasurer | Pre-Petition Personal Property Taxes | ($1,567.67) | 4800-000 | | | |
| | | Bernalillo County Treasurer | 2013 Real and Personal Property Taxes | ($5,755.91) | 2820-000 | | | |
| | 1 | | OFFICE CONDO, 8300 CARMEL NE, STE. 303, ALBUQUERQUE, NM 8712 | $725,000.00 | 1110-000 | | | |
| 12/06/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $43.89 | $63,743.49 |
| 01/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $67.68 | $63,675.81 |
| 02/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $67.62 | $63,608.19 |
| 03/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $61.01 | $63,547.18 |
| 04/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $67.48 | $63,479.70 |
| 05/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $65.23 | $63,414.47 |
| 06/06/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $67.34 | $63,347.13 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

$440.25

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428
Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811
For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1143
CHECKING ACCOUNT
Blanket Bond (per case limit): $8,500,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | First National Bank - Vinita<br>102 W. Illinois Avenue<br>Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $65.09 | $63,282.04 |
| 08/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.20 | $63,214.84 |
| 09/03/14 | 106 | International Sureties, Ltd<br>701 Poydras St.<br>New Orleans, LA 70139 | 2014 Bond Payments | 2300-000 | | $69.21 | $63,145.63 |
| 09/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.13 | $63,078.50 |
| 10/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.84 | $63,013.66 |
| 11/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.91 | $62,946.75 |
| 12/05/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.69 | $62,882.06 |
| 01/08/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.77 | $62,815.29 |
| 02/06/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.70 | $62,748.59 |
| 03/06/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.18 | $62,688.41 |
| 04/07/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.56 | $62,621.85 |
| 05/07/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.35 | $62,557.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

$789.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428

Case Name: US TITLE, LLC

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.43 | $62,491.07 |
| 07/07/15 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $64.21 | $62,426.86 |
| 08/07/15 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.29 | $62,360.57 |
| 04/25/16 | 107 | MICHAEL J. CAPLAN - CHP 7 827 EAST SANTA FE AVENUE GRANTS, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,000.00 | $55,360.57 |
| 04/25/16 | 108 | MICHAEL J. CAPLAN - CHP 7 827 EAST SANTA FE AVENUE GRANTS, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $712.58 | $54,647.99 |
| 04/25/16 | 109 | MICHAEL J. CAPLAN 827 EAST SANTA FE AVENUE GRANTS, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $7,265.70 | $47,382.29 |
| 04/25/16 | 110 | MICHAEL J. CAPLAN Attorney for Trustee827 E. Santa Fe Ave. Grants, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 3320-000 | | $484.89 | $46,897.40 |
| 04/25/16 | 111 | Steven W. Johnson 119 E. Marcy Street, Suite 203 Santa Fe, NM 87501 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $5,645.58 | $41,251.82 |
| 04/25/16 | 112 | Penelope A. Worth 441 Live Oak Loop Ne Albuquerque, Nm 87122 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5300-000 | | $1,738.08 | $39,513.74 |
| 04/25/16 | 113 | Martha G. Roybal 2542 Harris Rd. Sw Albuquerque, Nm 87105 | Final distribution to claim 18 representing a payment of 100.00 % per court order. | 5300-000 | | $1,936.68 | $37,577.06 |
| 04/25/16 | 114 | Mary E. Loguercio 595 West Ella Dr. Corrales, Nm 87048 | Final distribution to claim 22 representing a payment of 100.00 % per court order. | 5300-000 | | $6,737.36 | $30,839.70 |
| 04/25/16 | 115 | Maura L. Dahrling 6516 Lowell Ct. Ne Albuquerque, Nm 87111 | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 5300-000 | | $6,339.13 | $24,500.57 |
| 04/25/16 | 116 | Internal Revenue Service | Distribution | | | $1,720.93 | $22,779.64 |

$39,777.86

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Internal Revenue Service | Employee FICA | ($178.56) | 5300-002 | | | |
| | | Internal Revenue Service | Employee FICA | ($198.96) | 5300-000 | | | |
| | | Internal Revenue Service | Employee FICA | ($692.16) | 5300-000 | | | |
| | | Internal Revenue Service | Employee FICA | ($651.25) | 5300-002 | | | |
| 04/25/16 | 117 | Internal Revenue Service | Distribution | | | | $402.48 | $22,377.16 |
| | | Internal Revenue Service | Employee Medicare | ($152.31) | 5300-002 | | | |
| | | Internal Revenue Service | Employee Medicare | ($161.88) | 5300-002 | | | |
| | | Internal Revenue Service | Employee Medicare | ($46.53) | 5300-000 | | | |
| | | Internal Revenue Service | Employee Medicare | ($41.76) | 5300-000 | | | |
| 04/25/16 | 118 | Internal Revenue Service | Distribution | | | | $7,494.35 | $14,882.81 |
| | | Internal Revenue Service | Federal Withholding | ($3,014.23) | 5300-002 | | | |
| | | Internal Revenue Service | Federal Withholding | ($2,836.07) | 5300-002 | | | |
| | | Internal Revenue Service | Federal Withholding | ($866.45) | 5300-000 | | | |
| | | Internal Revenue Service | Federal Withholding | ($777.60) | 5300-000 | | | |
| 04/25/16 | 119 | NEW MEXICO DEPARTMENT OF LABOR Employment Security Division/Tax SectionPO Box 2281 Albuquerque, NM 87103 | Distribution | | | | $1,387.84 | $13,494.97 |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes | ($144.00) | 5300-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes | ($525.20) | 5300-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes | ($160.45) | 5300-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

$9,284.67

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes | ($558.19) | 5300-000 | | | |
| 04/25/16 | 120 | Nm Taxation & Revenue Dept. P.O. Box 2527 Santa Fe, Nm 87504-2527 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | 5800-000 | | $2,897.89 | $10,597.08 |
| 04/25/16 | 121 | Internal Revenue Service | Distribution | | | | $402.48 | $10,194.60 |
| | | Internal Revenue Service | Employer FICA | ($41.76) | 5800-002 | | | |
| | | Internal Revenue Service | Employer FICA | ($46.53) | 5800-000 | | | |
| | | Internal Revenue Service | Employer FICA | ($161.88) | 5800-000 | | | |
| | | Internal Revenue Service | Employer FICA | ($152.31) | 5800-000 | | | |
| 04/25/16 | 122 | Internal Revenue Service | Distribution | | | | $402.48 | $9,792.12 |
| | | Internal Revenue Service | Employer Medicare | ($152.31) | 5800-002 | | | |
| | | Internal Revenue Service | Employer Medicare | ($41.76) | 5800-000 | | | |
| | | Internal Revenue Service | Employer Medicare | ($46.53) | 5800-000 | | | |
| | | Internal Revenue Service | Employer Medicare | ($161.88) | 5800-000 | | | |
| 04/25/16 | 123 | Internal Revenue Service | Distribution | | | | $222.05 | $9,570.07 |
| | | Internal Revenue Service | Federal Unemployment Taxes | ($89.31) | 5800-002 | | | |
| | | Internal Revenue Service | Federal Unemployment Taxes | ($25.67) | 5800-000 | | | |
| | | Internal Revenue Service | Federal Unemployment Taxes | ($23.04) | 5800-000 | | | |
| | | Internal Revenue Service | Federal Unemployment Taxes | ($84.03) | 5800-000 | | | |
| 04/25/16 | 124 | NEW MEXICO DEPARTMENT OF LABOR Employment Security Division/Tax SectionPO Box 2281 Albuquerque, NM 87103 | Distribution | | | | $555.14 | $9,014.93 |

$4,480.04

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  12-13428

Case Name:  US TITLE, LLC

Trustee Name:  MICHAEL J. CAPLAN - CHP 7

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX1143

CHECKING ACCOUNT

Taxpayer ID No:  XX-XXX5811

For Period Ending:  06/07/2017

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | ($210.08) | 5800-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | ($57.60) | 5800-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | ($64.18) | 5800-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | ($223.28) | 5800-000 | | | |
| 04/25/16 | 125 | Judith A. Wagner C/O Atty Edward Mazel And James Askew 201 3Rd St., Ste. 505 Albuquerque, Nm 87120 | Final distribution to claim 1 representing a payment of 0.62 % per court order. | 7100-000 | | $7,743.75 | $1,271.18 |
| 04/25/16 | 126 | Charles T. Hightower As Co-Trustee Of The Hightowe C/O Paul M. Fish P.O. Box 2168 Albuquerque, Nm 87103-2168 | Final distribution to claim 4 representing a payment of 0.62 % per court order. | 7100-000 | | $513.91 | $757.27 |
| 04/25/16 | 127 | Fedex Techconnect, Inc. C/O Fed Ex Freight, Inc./Fed Ex Office & Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd., Module G, 3Rd Floor Memphis, Tn 38116 | Final distribution to claim 5 representing a payment of 0.62 % per court order. | 7100-000 | | $7.63 | $749.64 |
| 04/25/16 | 128 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $4.74 | $744.90 |
| | | Middle Rio Grande Conservancy District | Final distribution to claim 6 representing a payment of 0.62 % per court order. | ($0.77) | 7100-001 | | | |
| | | Demand Printing Solutions | Final distribution to claim 14 representing a payment of 0.62 % per court order. | ($3.97) | 7100-001 | | | |
| 04/25/16 | 129 | Armstrong Properties, Inc.,C/O Joseph Turk, Esq. Yenson, Allen, & Wosick, P.C. 4908 Alameda Boulevard Ne Albuquerque, New Mexico 87113 | Final distribution to claim 12 representing a payment of 0.62 % per court order. | 7100-000 | | $619.50 | $125.40 |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

$8,889.53

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-13428
Case Name: US TITLE, LLC

Trustee Name: MICHAEL J. CAPLAN - CHP 7
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1143
CHECKING ACCOUNT

Taxpayer ID No: XX-XXX5811
For Period Ending: 06/07/2017

Blanket Bond (per case limit): $8,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/16 | 130 | Canon Financial Services c/o Scott H. Marcus & Assoc. 121 Johnson Rd. Turnersville, NJ 08012 | Final distribution to claim 16 representing a payment of 0.62 % per court order. | 7100-000 | | $38.32 | $87.08 |
| 04/25/16 | 131 | Pension Planning Consultants 6201 Uptown Ne, Ste. 100 Albuquerque, Nm 87110 | Final distribution to claim 17 representing a payment of 0.62 % per court order. | 7100-000 | | $12.94 | $74.14 |
| 04/25/16 | 132 | Us Bank Na Dba Us Bank Equipment Finance 1310 Madrid Street Marshall, Mn 56258 | Final distribution to claim 19 representing a payment of 0.62 % per court order. | 7100-000 | | $30.39 | $43.75 |
| 04/25/16 | 133 | Reboot It Now, Llc C/O Elizabeth Cochran 10025 Michelle Loop Ne Albuquerque, Nm 87111 | Final distribution to claim 25 representing a payment of 0.62 % per court order. | 7100-000 | | $43.75 | $0.00 |
| 06/07/16 | 119 | NEW MEXICO DEPARTMENT OF LABOR Employment Security Division/Tax SectionPO Box 2281 Albuquerque, NM 87103 | Distribution Reversal Creditor stated that the money is no longer due to them and sent the check to our office. | | | ($1,387.84) | $1,387.84 |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes $144.00 | 5300-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes $525.20 | 5300-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes $160.45 | 5300-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico State Taxes $558.19 | 5300-000 | | | |
| 06/07/16 | 124 | NEW MEXICO DEPARTMENT OF LABOR Employment Security Division/Tax SectionPO Box 2281 Albuquerque, NM 87103 | Distribution Reversal Creditor stated that the money is no longer due to them and sent the check back to our office. | | | ($555.14) | $1,942.98 |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax $210.08 | 5800-000 | | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax $57.60 | 5800-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*    ($1,817.58)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-13428

Case Name: US TITLE, LLC

Taxpayer ID No: XX-XXX5811

For Period Ending: 06/07/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1143

CHECKING ACCOUNT

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | $64.18 | 5800-000 | | |
| | | NEW MEXICO DEPARTMENT OF LABOR | New Mexico Unemployment Tax | $223.28 | 5800-000 | | |
| 09/27/16 | 134 | International Sureties, Ltd 701 Poydras St. New Orleans, LA 70139 | Bond Payment | | 2300-000 | $0.73 | $1,942.25 |
| 11/01/16 | 135 | Judith A. Wagner C/O Atty Edward Mazel And James Askew 201 3Rd St., Ste. 505 Albuquerque, Nm 87120 | Final distribution to claim 1 representing a payment of 0.75 % per court order. | | 7100-000 | $1,668.37 | $273.88 |
| 11/01/16 | 136 | Charles T. Hightower As Co-Trustee Of The Hightowe C/O Paul M. Fish P.O. Box 2168 Albuquerque, Nm 87103-2168 | Final distribution to claim 4 representing a payment of 0.75 % per court order. | | 7100-000 | $110.72 | $163.16 |
| 11/01/16 | 137 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $5.45 | $157.71 |
| | | Fedex Techconnect, Inc. | Final distribution to claim 5 representing a payment of 0.75 % per court order. | ($1.64) | 7100-001 | | |
| | | Middle Rio Grande Conservancy District | Final distribution to claim 6 representing a payment of 0.75 % per court order. | ($0.17) | 7100-001 | | |
| | | Demand Printing Solutions | Final distribution to claim 14 representing a payment of 0.75 % per court order. | ($0.85) | 7100-001 | | |
| | | Pension Planning Consultants | Final distribution to claim 17 representing a payment of 0.75 % per court order. | ($2.79) | 7100-001 | | |
| 11/01/16 | 138 | Armstrong Properties, Inc.,C/O Joseph Turk, Esq. Yenson, Allen, & Wosick, P.C. 4908 Alameda Boulevard Ne Albuquerque, New Mexico 87113 | Final distribution to claim 12 representing a payment of 0.75 % per court order. | | 7100-000 | $133.47 | $24.24 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*    $1,918.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-13428
Case Name: US TITLE, LLC

Trustee Name: MICHAEL J. CAPLAN - CHP 7
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1143
CHECKING ACCOUNT

Taxpayer ID No: XX-XXX5811
For Period Ending: 06/07/2017

Blanket Bond (per case limit): $8,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/16 | 139 | Canon Financial Services c/o Scott H. Marcus & Assoc. 121 Johnson Rd. Turnersville, NJ 08012 | Final distribution to claim 16 representing a payment of 0.75 % per court order. | 7100-000 | | $8.25 | $15.99 |
| 11/01/16 | 140 | Us Bank Na Dba Us Bank Equipment Finance 1310 Madrid Street Marshall, Mn 56258 | Final distribution to claim 19 representing a payment of 0.75 % per court order. | 7100-000 | | $6.56 | $9.43 |
| 11/01/16 | 141 | Reboot It Now, Llc C/O Elizabeth Cochran 10025 Michelle Loop Ne Albuquerque, Nm 87111 | Final distribution to claim 25 representing a payment of 0.75 % per court order. | 7100-000 | | $9.43 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $66,047.07 | $66,047.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $66,047.07 | $66,047.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $66,047.07 | $66,047.07 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1143 - CHECKING ACCOUNT | $66,047.07 | $66,047.07 | $0.00 |
| | $66,047.07 | $66,047.07 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $667,536.24 |
| Total Net Deposits: | $66,047.07 |
| Total Gross Receipts: | $733,583.31 |